**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                          NO. 4:97R00121-001 SWW

JOHNNY LEE ECHOLS

<u>**ORDER**</u>

The above entitled cause came on for hearing on petitions to revoke the supervised released previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Upon the basis of the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motions[1] are granted, and the supervised release previously granted this defendant shall be, and it hereby is, revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of TWELVE (12) MONTHS and ONE (1) DAY in the custody of the Bureau of Prisons, plus 40 days unserved Residential Re-entry Center placement. The Court recommends defendant participate in residential or non-residential substance abuse treatment and mental health counseling during incarceration.

Upon release from imprisonment, defendant shall serve a term of ONE (1) YEAR of supervised release to be on the same terms and conditions as previously ordered in this matter.  In addition to such conditions, the following special conditions of supervised release are imposed:

    1.    Defendant shall participate, under the guidance and supervision of the United States Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential or non-residential treatment. Defendant shall abstain from

---

[1]Docs. #56, #58, #64, #73.

the use of alcohol throughout the course of any treatment.

2.    Defendant also shall participate in mental health counseling under the guidance and supervision of the United States Probation Officer.

IT IS FURTHER ORDERED that defendant's conditions of release hereby are revoked, and defendant is remanded to the custody of the United States Marshal to immediately begin service of the sentence imposed in this matter.

IT IS SO ORDERED this 4th day of September, 2008.


                              /s/Susan Webber Wright

                              UNITED STATES DISTRICT JUDGE